August 26, 2011

Mr. Carlos Escobar
Escobar Law Firm, PLLC
2415 North 10th Street
McAllen, TX 78501
Mr. Michael D. Conner
Hirsch & Westheimer , P.C.
700 Louisiana, Suite 2550
Houston, TX 77002-2728

RE: Case Number: 10-0659
 Court of Appeals Number: 13-08-00612-CV
 Trial Court Number: CL-04-2142-B

Style: JERRY L. BARTH
 v.
 BANK OF AMERICA, N.A.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/082611.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Arturo Guajardo|
| |Jr. |
| |Ms. Dorian E. |
| |Ramirez |